# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153194(21)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CRISTY JEAN WILSON,
     Defendant-Appellant.

SC: 153194
COA: 330799
Chippewa CC: 14-001527-FC

_____/

     On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer filed on October 31, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2016



Clerk